UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DK, ET AL.<br><br>    Plaintiffs,<br><br>v.<br><br>PLYMOUTH-CANTON COMMUNITY SCHOOLS DISTRICT ET AL.<br><br>    Defendants. | Case No. 25-11914<br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER REGARDING CONSENT TO MAGISTRATE JUDGE JURISDICTION**

In the interest of the prompt and efficient adjudication of this case, the Court orders the parties to meet and confer on whether they are willing to consent to a United States Magistrate Judge conducting all further proceedings. If both parties consent, the federal magistrate judge would effectively act as a federal district judge and any appeals would be taken directly to the United States Court of Appeals for the Sixth Circuit. *See* 28 U.S.C. § 636(c)(1), (3).

If all parties are willing to consent counsel must, within seven days of the date of this order, file a fully executed Notice, Consent and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and is also available in fillable format at:

https://www.mied.uscourts.gov/PDFFIles/Notice_Consent_Ref_MJ_RE.pdf).  Once the form is submitted, the Court will enter a reference order and all further proceedings will be conducted before the Magistrate Judge.

If any party does not consent, the parties must file a joint notice, also within seven days of the date of this order, advising the Court that the parties do not consent. The notice should *not* disclose the identity of the party or parties who do not consent. The parties are free to withhold consent without any negative consequences.

SO ORDERED.

Dated: August 21, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE