## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

D.K., a minor, by her next friend,
JACOB KHALAF,

     Plaintiff,

v.

PLYMOUTH-CANTON COMMUNITY
SCHOOLS DISTRICT; CARISSA SORANNO,
in her individual and official capacity;

     Defendants.

Case No. 25-11914
Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

---

## **PLAINTIFF'S MOTION TO APPROVE SETTLEMENT FOR A MINOR**

Plaintiff D.K., a minor, by and through her attorneys and next friend, hereby moves this Court to approve settlement of this litigation. In support of the Motion to Approve Settlement, Plaintiff states as follows:

1. Plaintiff, D.K, a minor, filed this Section 1983 case alleging violations of her rights under the free speech clause of the First Amendment.

2. The parties have reached an agreement to settle the claims in this case ("the Settlement"). The terms of the Settlement are set forth in the agreement attached as Exhibit 1.

3. This Court has authority to approve settlements involving the dismissal of claims by a minor if it finds settlement in the minor's best interest. *See Green v. Nevers*, 111 F.3d 1295, 1301 (6th Cir. 1997) (holding that a district court properly exercised its inherent power to determine whether a settlement is in the best interest of a minor party); *Kiel by Kiel v. Barton*, No. 09-CV-15053, 2011 WL 13206189, at *1 (E.D. Mich. Jan. 31, 2011) (citing *Green*); *Knight-Stanner v. Pruitt*, No. 1:08-CV-949, 2010 WL 432424, at *1 (W.D. Mich. Jan. 26, 2010) (same).

4. Plaintiff respectfully submits that the settlement is in the best interests of D.K.

5. The Settlement achieves Plaintiff's goals for the litigation. *See* Exhibit 2 (Declaration of D.K.). Plaintiff's injuries were primarily emotional. She has sought and received therapy on her own, and as part of the proposed settlement of this case, Defendants will make counseling available to her as needed. The settlement also includes training for school district personnel that the Parties hope will prevent a repetition of the events giving rise to this litigation. Finally, the proceeds from the Settlement will be used solely for the benefit of D.K. *See* Exhibit 3 (Declaration of Jacob Khalaf).

Pursuant to L.R. 7.1(a), Plaintiff sought and received Defendants' concurrence, and Defendants offer no opposition to the within Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order approving settlement.

Respectfully submitted,

/s/Mark P. Fancher
Mark P. Fancher (P56223)
Marc S. Allen (P82312)
Bonsitu Kitaba-Gaviglio (P78822)
American Civil Liberties Union Fund
  of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6822
mfancher@aclumich.org
mallen@aclumich.org
bkitaba@aclumich.org

**ARAB AMERICAN CIVIL RIGHTS LEAGUE**
Nabih H. Ayad (P59518)
William D. Savage (P82146)
Ayad Law PLLC
645 Griswold St., Ste. 2202
Detroit, MI 48226
(313) 983-4600
nabihayad@ayadlawpllc.com
filing@ayadlawpllc.com

*Attorneys for Plaintiff*

Dated: March 16, 2026

3