## **INDEX OF EXHIBITS**

Exhibit 1          Settlement Agreement

Exhibit 2          Declaration of D.K.

Exhibit 3          Declaration of Jacob Khalaf