# EXHIBIT 2

Declaration of D.K.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

D.K., a minor, by her next friend,
JACOB KHALAF,

        Plaintiff,

v.

PLYMOUTH-CANTON COMMUNITY
SCHOOLS DISTRICT; CARISSA SORANNO,
in her individual and official capacity;

        Defendants.

Case No. 25-11914
Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

---

## **DECLARATION OF D.K.**

I, D.K., declare and state as follows:

1.    I have reviewed the settlement agreement appended as Exhibit 1 to the Plaintiff's Motion to Approve Settlement for a Minor, and I understand and agree with the terms set forth in that document..

2.    I brought this lawsuit to vindicate my own First Amendment rights and to prevent what happened to me from happening to other students.

3.    I am satisfied that the proposed settlement agreement will facilitate accomplishment of those goals. I am satisfied with the monetary portion of the proposed agreement, as well as the Defendants' commitment to non-monetary

measures intended to benefit me and the broader school community. I approve of the Defendants' agreement to provide me with support services, and to also purge my school record of negative references related to matters that are the subject of this lawsuit.

4.      I am satisfied as well that the agreement to provide training to school district personnel will make it less likely that other students will be subjected to treatment similar to that which I received.

5.      For these reasons, I support the motion to have the settlement approved.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on by personal knowledge.

This ___1___ day of __March__ , 2026.

D.K.