# EXHIBIT 3

Declaration of Jacob Khalaf

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

D.K., a minor, by her next friend,
JACOB KHALAF,

      Plaintiff,

v.

PLYMOUTH-CANTON COMMUNITY
SCHOOLS DISTRICT; CARISSA SORANNO,
in her individual and official capacity;

      Defendants.

Case No. 25-11914
Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

---

## DECLARATION OF JACOB KHALAF

I, JACOB KHALAF, being of legal age and sound mind, declare and state as follows:

1.      I am the father of D.K.

2.      I have served as D.K.'s next friend in this litigation. I understand that in this role I have a duty to protect D.K.'s rights and interests.

3.      I have discussed with D.K. the settlement agreement that has been submitted to the Court for approval, and based on my concerns as her parent, as well as D.K.'s own sentiments about the settlement as expressed in her declaration, I believe this Court's approval of the settlement is in her best interests.

Page 1

4.     If approved, the monetary portion of the settlement agreement will be used solely for D.K.'s benefit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on by personal knowledge.

This ___1___ day of ___March___, 2026.

_____
JACOB KHALAF