UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.K.
*A Minor, By Her Next Friend*
JACOB KHALAF,

      Plaintiff,

v.

PLYMOUTH-CANTON COMMUNITY
SCHOOLS DISTRICT;   CARISSA
SORANNO, in her individual and
official capacity,

      Defendants.

Case No. 25-11914
Honorable Laurie J. Michelson
Mag. Judge Elizabeth A. Stafford

---

**ORDER GRANTING UNOPPOSED MOTION
TO APPROVE SETTLEMENT [32]**

---

Plaintiff D.K., a minor, by her next friend, Jacob Khalaf, filed this action for alleged violations of Plaintiff's First Amendment rights. On March 16, 2026, Plaintiff filed a Motion to Approve Settlement (ECF No. 32) and submitted a document memorializing a settlement agreement reached by the parties that specifies the terms of their agreement. The Motion to Approve Settlement was unopposed. The Court, having reviewed and considered the Motion to Approve Settlement, the appended settlement agreement, and the declarations of the Plaintiff and her next friend, finds that the settlement is in Plaintiff's best interest.

Accordingly, Plaintiff's Motion to Approve Settlement (ECF No. 32) is GRANTED. The parties shall submit a stipulated order of dismissal pursuant to the terms of the settlement agreement.

IT IS SO ORDERED.

Dated: March 17, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

2