**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

D.K., a minor, by her next friend,
JACOB KHALAF,

      Plaintiff,

v.

PLYMOUTH-CANTON COMMUNITY
SCHOOLS DISTRICT; CARISSA SORANNO,
in her individual and official capacity;

      Defendants.

Case No. 25-11914
Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

---

**<u>STIPULATED ORDER OF DISMISSAL</u>**

Pursuant to the Parties' settlement agreement, and the Order of this Court approving settlement entered on March 17, 2026, the Plaintiff, D.K., by her next friend Jacob Khalaf, and the Defendants Carissa Soranno and Plymouth Canton Community Schools District, have stipulated to the dismissal of this action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

IT IS SO ORDERED.

s/Laurie J. Michelson
Hon. Laurie J. Michelson

Dated: March 20, 2026          United States District Judge

SO STIPULATED AND AGREED BY:

/s/Mark P. Fancher

Mark P. Fancher (P56223)
Marc S. Allen (P82312)
Bonsitu Kitaba-Gaviglio (P78822)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6822
mfancher@aclumich.org
mallen@aclumich.org
bkitaba@aclumich.org

**ARAB AMERICAN CIVIL RIGHTS LEAGUE**

Nabih H. Ayad (P59518)
William D. Savage (P82146)
Ayad Law PLLC
645 Griswold St., Ste. 2202
Detroit, MI 48226
(313) 983-4600
nabihayad@ayadlawpllc.com
filing@ayadlawpllc.com

*Attorneys for Plaintiff*

/s/Lindsay P. Hazen (w/ permission)

Lindsay P. Hazen (P85861)
Kenneth B. Chapie (P66148)
Gianmarco, Mullins & Horton, P.C.
101 W. Big Beaver Rd., 10th Floor
Troy, MI 48084-5280
(248)457-7048
kchapie@gmhlaw.com
lhazen@gmhlaw.com

*Attorneys for Defendant Plymouth-
Canton Community Schools District*

/s/Kailen C. Piper (w/ permission)

Kailen C. Piper (P82865)
Gregory W. Mair (P67465)
O'Neill, Wallace & Doyle, P.C.
300 St. Andrews Rd., Ste. 302
Saginaw, MI 48638
(989) 790-0960
gmair@owdpc.com
kpiper@owdpc.com

*Attorneys for Defendant Carissa
Soranno*

2